# SCHIFFMAN SHERIDAN & BROWN p.c.

August 19, 2016

TRACY L. UPDIKE
tupdike@ssbc-law.com

2080 LINGLESTOWN RD, STE 201
HARRISBURG, PA 17110-9670
tel 717.540.9170
fax 717.736.4071
WWW.SSBC-LAW.COM

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

    **RE:**    Joanne A. Rollins
                Chapter 13 Bankruptcy Case No. 1-15-00071-MDF

Dear Clerk:

Please make note of the change of address for the creditor in the above-referenced case.

    Old Address:    JC Penney
                         P.O. Box 981131
                         El Paso, TX 79998-1131

    New Address:    JC Penney
                         Credit Service Center
                         P.O. Box 533
                         Dallas, TX 75221

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 540-9170.

                      Very truly yours,

                      SCHIFFMAN, SHERIDAN & BROWN, P.C.

                      Tracy L. Updike