UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | CASE NO. 1-15-00071-RNO |
| JOANNE A. ROLLINS | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

**ORDER**

Upon consideration of the foregoing Debtor's Motion for Approval of Mortgage Modification with Specialized Loan Servicing LLC, it is hereby ordered that the Motion is GRANTED.