UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1-15-00071-RNO

JOANNE A. ROLLINS : CHAPTER 13

    Debtor :

## CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on September 19, 2017, a true and correct copy of the OBJECTION TO PROOF OF CLAIM NO 2-2 OF SPECIALIZED LOAN SERVICING, LLC was served by certified mail and received by the following, per the attached certified green card:

[Certified mail green card - PS Form 3811, July 2015]

Article Addressed to:
Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Article Number: 7013 2250 0001 0857 9552

Tracking: 9590 9402 1391 5285 1058 95

Date of Delivery: 9-22-17
Received by: Houston

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
    Stacy A. Sollenberger

Date: October 20, 2017