UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| JOANNE A. ROLLINS, | : | Case No. 1:15-bk-00071-RNO |
| | : | |
| Debtor | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that the undersigned, on behalf of York County Tax Claim Bureau, creditor in interest in the above entitled action, files this, its Notice of Withdrawal of the following Proof of Claim:

- Proof of Claim number 7, filed by Creditor, York County Tax Claim Bureau on August 28, 2017 in the amount of $20,174.07.

Dated: December 7, 2017          STOCK AND LEADER, LLP

/s/Peter T. Ruth
Peter T. Ruth, Esquire
ID No.: 313602
Susquehanna Commerce Center
221 W. Philadelphia St., Suite E600
York, PA 17401
(717) 846-9800 (Phone)
(717) 843-6134 (Fax)
Counsel for William H. Kerlin, Jr.

0457669-

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| JOANNE A. ROLLINS, | : | Case No. 1:15-bk-00071-RNO |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I certify that I am more than 18 years of age and that on **December 7, 2017**, I served a copy of the **Notice of Withdrawal of Proof of Claim** on the following parties in this matter via Electronic Service:

| **Tracy Lynn Updike, Esquire**<br>**Counsel for Debtor**<br>tupdike@ssbc-law.com | **Charles J. DeHart, III, Esquire** (Trustee) |
|---|---|

I certify under penalty of perjury that the foregoing is true and correct.

Date:   December 7, 2017                     /s/ Peter T. Ruth
                                                            Stock and Leader, LLP
                                                            221 W. Philadelphia St., Suite E600
                                                            York, PA  17401-2994

0457669-