LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joanne A. Rollins

**Debtor(s)**

1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee

**Plaintiff(s)/Movant(s)**

vs.

Joanne A. Rollins

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-5-bk-00071-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: _____

Document #: 97

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Seeking continuance of 30 days for Motion for Relief hearing; for continued research and review

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9/16/2019

Michael J. Shavel

Attorney for Movant

Name: Hill and Wallack LLP

Phone Number: 215-579-7700

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.