United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Joanne A. Rollins  
    Debtor

Case No. 15-00071-HWV  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Nov 07, 2019  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
```
5074002       +1900 Capital Trust I, by US Bank Trust NA,   C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826,    1900 Capital Trust I, by US Bank Trust N,
                C/O Shellpoint Mortgage Servicing 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
```
          Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
          Celine P DerKrikorian    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank
           National Association, as Legal Title Trustee, ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Jason Brett Schwartz    on behalf of Creditor    HSBC BANK USA, N.A. JSchwartz@mesterschwartz.com
          Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A., Et al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    US Bank, National Association et al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust I, by U.S. Bank Trust National
           Associations, not in its indvidual capacity but solely as Certificate Trustee
           mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
          Thomas I Puleo    on behalf of Creditor    US Bank, National Association et al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Joanne A. Rollins tlupdike@mette.com,
           jeweaver@mette.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-00071-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Joanne A. Rollins
105 Mill Run Road
York PA 17404

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/07/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: 1900 Capital Trust I, by US Bank Trust NA, C/O Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826, 1900 Capital Trust I, by US Bank Trust N, C/O Shellpoint Mortgage Servicing

Name and Address of Transferee:

1900 Capital Trust III, BY U.S. BANK TRUST NATIONA
P.O. Box 10826
Greenville, SC 29603-0826
1900 Capital Trust III, BY U.S. BANK TRU
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/19

Terrence S. Miller
**CLERK OF THE COURT**