# Court Conference®, a division of CourtCall®
## Confirmation and Invoice (No separate statement will be sent)

|  |  |
|---:|:---|
| **Attorney Name :** | Michael J. Shavel |
| **Firm Name :** | Hill Wallack |
| **Tel :** | (215) 579-7700    **Fax:**    (215) 579-9248 |
| **Representing :** | Creditor, 1900 Capital Trust III / LIVE |
| **Customer Ref. # :** | 15-00071-HWV-Rollins |
| **Appearance Date/Time :** | Tuesday, December 10th, 2019 at 9:30 AM ET |
| **Judge Name :** | Judge Henry W. Van Eck |
| **Court Name :** | U.S. Bankruptcy Court-M.D. Pennsylvania (Harrisburg) (PA) |
| **Case Name :** | Rollins |
| **Case Number :** | 15-00071 |
| **Proceeding Type :** | Hearing |
| **Court Conference ID# :** | 10232380 |

OUR TAX ID #:95-4568415

**Distributing or sharing your conference number / code is prohibited. Those who do so may be subject to sanction.**
**Mandatory procedures for your CourtCall® Appearance are as follows:**

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing **(800) 447-3470**. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> **Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.**

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a **quiet area** with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. **When speaking with the Court identify yourself each time you speak**. The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is **$30.00**.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = **$30.00**, each additional 15 minutes = **$7.00**. Billing time starts when you are placed in the main conference and ends when you disconnect.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your Invoice, payable to CourtCall at 6383 Arizona Circle, Los Angeles, CA 90045.