# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (HARRISBURG)

IN RE:
**Joanne A. Rollins**
     Debtor

**1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee**
     Creditor/Movant
v.
**Joanne A. Rollins**
     Respondent

CHAPTER 13

CASE NO.: **15-00071-HWV**

NATURE OF PROCEEDING: MFR Hearing

DOCUMENT NO.: 95

## CERTIFICATE OF CONCURRENCE

     The undersigned hereby certifies that counsel for 1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee ("Movant"), Michael J. Shavel, contacted Debtor's Counsel on December 06, 2019 with regard to the Motion for Relief from the Automatic Stay filed on July 25, 2019 ( Doc 95). Movant filed a Praecipe to Withdraw Motion For Relief on December 06, 2019 (Doc 110), Debtor's counsel concurs to the filing.

     **Respectfully submitted,**
**By: /s/ Michael J. Shavel**
**Michael J. Shavel, Esq., Atty ID 60554**
**Hill Wallack, LLP**
**777 Township Line Road, Suite 250**
**Yardley, PA 19067**
**Telephone 215-579-7700**
**Facsimile 215-579-9248**
**Email: mshavel@hillwallack.com**