```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 15-00071-HWV
Joanne A. Rollins                                                       Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-1          User: KarenDavi              Page 1 of 2                    Date Rcvd: Dec 27, 2019
                              Form ID: ntpasnh             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db             +Joanne A. Rollins,    105 Mill Run Road,    York, PA 17404-7915
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
5074001         1900 Capital Trust I, by US Bank Trust NA,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
5074002        +1900 Capital Trust I, by US Bank Trust NA,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826,    1900 Capital Trust I, by US Bank Trust N,
                 C/O Shellpoint Mortgage Servicing 29603-0826
5267285         1900 Capital Trust III, BY U.S. BANK TRUST NATIONA,    P.O. Box 10826,
                 Greenville, SC 29603-0826
5267286         1900 Capital Trust III, BY U.S. BANK TRUST NATIONA,    P.O. Box 10826,
                 Greenville, SC 29603-0826,    1900 Capital Trust III, BY U.S. BANK TRU,    P.O. Box 10826,
                 Greenville, SC 29603-0826
4592303        +American Infosource,    PO Box 71083,    Charlotte, NC 28272-1083
4592306        +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
4631790         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4592307        +Bank of America, NA,    Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
4842794        +Buckley Madole, P.C.,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
4631714       ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania Inc,    PO Box 117,
                 Columbus, OH 43216)
4592312       ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
               (address filed with court: Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374)
4592310        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4592313        +David Fein, Esq.,    KML Law Group, PC,    Suite 5000 BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
4592317        +Marisa Cohen, Esq.,    Ann Swartz, Esq,    123 South Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
4592321        +Prober & Raphael,    20750 Ventura Blvd, Suite 100,    Woodland Hills, CA 91364-6207
4592305        #Quantum Servicing,    6302 E Martin Luther King Jr Blvd,    Suite 310,    Tampa, FL 33619-1158
4592322        +Rushmore Loan Management,    7515 Irvine Center Drive,    Irvine, CA 92618-2930
4592323         Rushmore Loan Management Services,    1480 Laguna Canyon Road,    Irvine, CA 92618
4760121        +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
5051671        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4974189        +Specialized Loan Servicing LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
4592326        +US Bank, N.A. as Trustee,    7105 Corporate Drive,    PTX C-35,    Plano, TX 75024-4100
4611385        +US Bank, National Association et. al.,    Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
4961426        +York County Tax Claim Bureau,    28 East Market Street,    York PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4592304        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 27 2019 18:45:23     American Infosource,
                 PO Box 4457,    Houston, TX 77210-4457
4592308         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2019 18:45:07     Capital One,
                 PO Box 85520,    Richmond, VA 23285-5520
4592309        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2019 18:44:52     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
4592311        +E-mail/Text: bankruptcy@consumerportfolio.com Dec 27 2019 18:42:25
                 Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
4592314        +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2019 18:44:52     GEMB/Peach Direct,
                 PO Box 981439,    El Paso, TX 79998-1439
4592315         E-mail/Text: cio.bncmail@irs.gov Dec 27 2019 18:42:19     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
4592316         E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2019 18:44:54     JC Penney,
                 Credit Service Center,    P.O. Box 533,    Dallas, TX 75221
4592318        +E-mail/Text: bankruptcy@sccompanies.com Dec 27 2019 18:42:32     Midnight Velvet,
                 1112 7th Avenue,    Monroe, WI 53566-1364
4592320         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2019 18:45:07
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4602140         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 27 2019 18:42:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA 17128-0946
4592319         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 27 2019 18:42:22
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4592325        +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2019 18:44:52     SYNCB/Peach Direct,
                 950 Forrer Blvd.,    Kettering, OH 45420-1469
4592324        +E-mail/Text: bankruptcy@sccompanies.com Dec 27 2019 18:42:32     Swiss Colony,
                 1112 7th Avenue,    Monroe, WI 53566-1364
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                 TOTAL: 13

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              1900 Capital Trust III, BY U.S. BANK TRUST NATIONA,    P.O. Box 10826,
                   Greenville, SC  29603-0826
cr*             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
4760122*        +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                   HIGHLANDS RANCH, COLORADO 80129-2386
5051670*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
              Celine P DerKrikorian    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee, ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jason Brett Schwartz    on behalf of Creditor    HSBC BANK USA, N.A. JSchwartz@mesterschwartz.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A., Et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    US Bank, National Association et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust III, BY U.S. BANK TRUST
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
               mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
              Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust I, by U.S. Bank Trust National
               Associations, not in its indvidual capacity but solely as Certificate Trustee
               mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
              Thomas I Puleo    on behalf of Creditor    US Bank, National Association et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joanne A. Rollins tlupdike@mette.com,
               cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 12
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Joanne A. Rollins

**Debtor 1**

Chapter: 13

Case number: 1:15−bk−00071−HWV

Document Number: 113

Matter: Motion for Mortgage Modification

NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust III, by U.S. Bank Trust National Association, not in its Individual Capacity but solely as Certificate Trustee
**Movant(s)**

vs.

Joanne R. Rollins
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **January 17, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: KarenDavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: December 27, 2019

ntpasnh(05/18)