```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 15-00071-HWV
Joanne A. Rollins                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2          Date Rcvd: Apr 27, 2020
                              Form ID: 3180W               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2020.
db             +Joanne A. Rollins,    105 Mill Run Road,    York, PA 17404-7915
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
5074001         1900 Capital Trust I, by US Bank Trust NA,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
5074002        +1900 Capital Trust I, by US Bank Trust NA,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826,    1900 Capital Trust I, by US Bank Trust N,
                 C/O Shellpoint Mortgage Servicing 29603-0826
5267285         1900 Capital Trust III, BY U.S. BANK TRUST NATIONA,    P.O. Box 10826,
                 Greenville, SC  29603-0826
5267286         1900 Capital Trust III, BY U.S. BANK TRUST NATIONA,    P.O. Box 10826,
                 Greenville, SC  29603-0826,    1900 Capital Trust III, BY U.S. BANK TRU,    P.O. Box 10826,
                 Greenville, SC  29603-0826
4592303        +American Infosource,    PO Box 71083,   Charlotte, NC 28272-1083
4631790         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4842794        +Buckley Madole, P.C.,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
4631714        ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania Inc,     PO Box 117,
                 Columbus, OH 43216)
4592312        ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,   DALLAS TX 75380-0849
                 (address filed with court: Creditors Bankruptcy Service,     PO Box 740933,    Dallas, TX 75374)
4592310        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4592313        +David Fein, Esq.,    KML Law Group, PC,   Suite 5000 BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
4592317        +Marisa Cohen, Esq.,    Ann Swartz, Esq,    123 South Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
4592321        +Prober & Raphael,    20750 Ventura Blvd, Suite 100,    Woodland Hills, CA 91364-6207
4592322        +Rushmore Loan Management,    7515 Irvine Center Drive,    Irvine, CA 92618-2930
4592323         Rushmore Loan Management Services,    1480 Laguna Canyon Road,    Irvine, CA 92618
4760121        +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
5051671        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4974189        +Specialized Loan Servicing LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
4592326        +US Bank, N.A. as Trustee,    7105 Corporate Drive,    PTX C-35,    Plano, TX 75024-4100
4611385        +US Bank, National Association et. al.,    Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
4961426        +York County Tax Claim Bureau,    28 East Market Street,    York PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4592304        +EDI: AIS.COM Apr 27 2020 23:28:00      American Infosource,    PO Box 4457,
                 Houston, TX 77210-4457
4592306        +EDI: BANKAMER.COM Apr 27 2020 23:28:00      Bank of America,    450 American Street,
                 Simi Valley, CA 93065-6285
4592307        +EDI: BANKAMER.COM Apr 27 2020 23:28:00      Bank of America, NA,    Mail Stop CA6-919-01-23,
                 400 National Way,    Simi Valley, CA 93065-6414
4592308         EDI: CAPITALONE.COM Apr 27 2020 23:28:00      Capital One,    PO Box 85520,
                 Richmond, VA  23285-5520
4592309        +EDI: CAPITALONE.COM Apr 27 2020 23:28:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
4592311        +E-mail/Text: bankruptcy@consumerportfolio.com Apr 27 2020 19:51:39
                 Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
4592314        +EDI: RMSC.COM Apr 27 2020 23:28:00      GEMB/Peach Direct,    PO Box 981439,
                 El Paso, TX 79998-1439
4592315         EDI: IRS.COM Apr 27 2020 23:28:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA  19114
4592316         EDI: RMSC.COM Apr 27 2020 23:28:00      JC Penney,    Credit Service Center,    P.O. Box 533,
                 Dallas, TX 75221
4592318        +EDI: CBS7AVE Apr 27 2020 23:28:00      Midnight Velvet,    1112 7th Avenue,
                 Monroe, WI 53566-1364
4592320         EDI: PRA.COM Apr 27 2020 23:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
4602140         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2020 19:51:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
4592319         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2020 19:51:31
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA  17128-0946
4592325        +EDI: RMSC.COM Apr 27 2020 23:28:00      SYNCB/Peach Direct,    950 Forrer Blvd.,
                 Kettering, OH 45420-1469
4592324        +EDI: CBS7AVE Apr 27 2020 23:28:00      Swiss Colony,    1112 7th Avenue,    Monroe, WI 53566-1364
                                                                                              TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              1900 Capital Trust III, BY U.S. BANK TRUST NATIONA,   P.O. Box 10826,
                   Greenville, SC  29603-0826
cr*             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
4760122*        +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                   HIGHLANDS RANCH, COLORADO 80129-2386
5051670*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
4592305         ##Quantum Servicing,   6302 E Martin Luther King Jr Blvd,   Suite 310,   Tampa, FL 33619-1158
                                                                                        TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
              Celine P DerKrikorian    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee, ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jason Brett Schwartz    on behalf of Creditor    HSBC BANK USA, N.A. JSchwartz@mesterschwartz.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A., Et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    US Bank, National Association et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust III, BY U.S. BANK TRUST
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
               mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com
              Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust I, by U.S. Bank Trust National
               Associations, not in its indvidual capacity but solely as Certificate Trustee
               mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com
              Thomas I Puleo    on behalf of Creditor    US Bank, National Association et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joanne A. Rollins tlupdike@mette.com,
               cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 12
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Joanne A. Rollins<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8157<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 (Spouse, if filing):<br>First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number:  1:15–bk–00071–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joanne A. Rollins

4/27/20

**By the court:**

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**