```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-00071-HWV
Joanne A. Rollins                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke         Page 1 of 1           Date Rcvd: May 20, 2020
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.
4631790        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
              Celine P DerKrikorian    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jason Brett Schwartz    on behalf of Creditor    HSBC BANK USA, N.A. JSchwartz@mesterschwartz.com
              Joshua I Goldman    on behalf of Creditor    US Bank, National Association et al...
               josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A., Et al...
               josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com
              Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust I, by U.S. Bank Trust National
               Associations, not in its indvidual capacity but solely as Certificate Trustee
               mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com
              Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust III, BY U.S. BANK TRUST
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
               mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com
              Thomas I Puleo    on behalf of Creditor    US Bank, National Association et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joanne A. Rollins tlupdike@mette.com,
               cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-00071-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Joanne A. Rollins
105 Mill Run Road
York PA 17404

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933

Name and Address of Transferee:

Real Time Resolutions, Inc
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029
Real Time Resolutions, Inc
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/22/20

Terrence S. Miller
**CLERK OF THE COURT**